UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**CEDRIC SPEARS (#9000062399)**          **CIVIL ACTION**

**VERSUS**

**JANICE MARTIN, ET AL.**                **NO. 20-00438-BAJ-RLB**

### RULING AND ORDER

Before the Court is Plaintiff's *pro se* Complaint (Doc. 1), alleging various purported constitutional violations and state law claims against multiple state agencies and individual defendants. Plaintiff, a prisoner, is proceeding *in forma pauperis*. Pursuant to the screening requirements of 28 U.S.C. §§ 1915(e) and 1915A, the Magistrate Judge has issued a Report and Recommendation (Doc. 8) recommending that Plaintiff's federal claims be dismissed with prejudice as frivolous, and further recommending that the Court decline the exercise of supplemental jurisdiction over any potential state law claims. Plaintiff does not object to the Magistrate Judge's Report and Recommendation.

Having carefully considered Plaintiff's Complaint and related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that the Court declines the exercise of supplemental jurisdiction over any potential state law claims, and that this action be and is

**DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

A judgment will issue separately.

Baton Rouge, Louisiana, this 26th day of October, 2020

*[signature: Brian A. Jackson]*

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**